UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Marco Isaac Rojas, | Case No. 25-cv-1675 (JRT/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Shelter Corporation and Kyle Didier, President, | |
| Defendants. | |

This matter is before the Court on Plaintiff Marco Isaac Rojas's Application to Proceed *In Forma Pauperis* ("IFP Application") (ECF No. 23). *In forma pauperis* status will likely provide few benefits to Mr. Rojas. Defendants paid the filing fee for this matter when they removed the action, and thus Mr. Rojas has no need for a fee waiver. And because Mr. Rojas already served process on Defendants, he has no need for officers of the Court to effect service of process on his behalf. Most of the remaining litigation expenses are Mr. Rojas's responsibility, regardless of whether he proceeds IFP. That said, Mr. Rojas's IFP Application does show that he qualifies financially for IFP status, and IFP status would entitle Mr. Rojas to a few additional benefits, such as a waiver of costs associated with preparing transcripts if necessary to review a decision made by this Court. *See* 28 U.S.C. § 1915(c). Accordingly, the IFP application is not *entirely* moot and will be granted.

2

**ORDER**

Based on the foregoing, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff Marco Isaac Rojas's Application to Proceed *In Forma Pauperis* (ECF No. 23) is **GRANTED**.

Dated: June 13, 2025　　　　　　　　　　　*s/ Dulce J. Foster*
　　　　　　　　　　　　　　　　　　　　Dulce J. Foster
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge