# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Marco Isaac Rojas, | Case No. 25-CV-1675 (JRT/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Shelter Corporation and Kyle Didier, President, | |
| Defendant. | |

IT IS HEREBY ORDERED that plaintiff Marco Isaac Rojas's second application to proceed *in forma pauperis* (ECF No. 25) is DENIED AS MOOT. The Court has already granted Mr. Rojas *in forma pauperis* status. (*See* ECF No. 24.)

SO ORDERED.

Dated: June 17, 2025

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge

1